# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murtha, J. Garvan | U.S. District Court - Vermont | 7/24/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

United States District Court
P.O. Box 760
Brattleboro, VT 05302-0760

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Limited Partnership #4 |
| 2. Beneficiary | Trust #1 |
| 3. Trustee | Trust #2 |
| 4. Beneficiary | Trust #3 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accenture PLC Stock | A | Dividend | J | T | | | | | |
| 2. Bank of the Islands Account | A | Interest | L | T | Open | 03/01/11 | L | | |
| 3. Columbia Crest Gold Corp Stock | | None | J | T | | | | | |
| 4. Covidien | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 5. Ecolab Common Stock | A | Dividend | J | T | | | | | |
| 6. Emerson Electric Stock | A | Dividend | J | T | | | | | |
| 7. Exxon-Mobil Common Stock | A | Dividend | J | T | | | | | |
| 8. Federal Home Loan Bond | A | Interest | J | T | Buy | 03/16/11 | J | | |
| 9. BSL Money Mkt Fund | A | Interest | J | T | | | | | |
| 10. (Income Money Market Fund) - Trust Co. of VT | A | Interest | | | Sold | 08/19/11 | J | | |
| 11. Intel Corp. Stock | A | Dividend | J | T | | | | | |
| 12. iShare Small Cap 600 Fund | A | Dividend | J | T | | | | | |
| 13. Kaman Corp. Common Stock | A | Dividend | | | Sold | 03/15/11 | J | D | |
| 14. Matthews Asian Fund | A | Dividend | J | T | Buy | 03/16/11 | J | | |
| 15. Matthews China Fund | A | Dividend | J | T | Buy | 03/16/11 | J | | |
| 16. McDonald's Corp. Stock | A | Dividend | J | T | | | | | |
| 17. Medtronic, Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Microsoft Corp. Stock | A | Dividend | | | Sold | 08/09/11 | J | A | |
| 19. Northern Trust Gov't Select Fund | A | Interest | J | T | | | | | |
| 20. Pepsico Common Stock | A | Dividend | J | T | | | | | |
| 21. Procter & Gamble Stock | A | Dividend | J | T | | | | | |
| 22. Sysco Corp. Stock | A | Dividend | J | T | | | | | |
| 23. Vanguard Emerging Mkts Stock | A | Dividend | J | T | | | | | |
| 24. Vanguard Infl. Prot. Fund | A | Interest | J | T | | | | | |
| 25. Waste Management Stock | A | Dividend | J | T | | | | | |
| 26. Wisdom Tree Equity Income Fund | A | Dividend | J | T | Buy | 03/15/11 | J | | |
| 27. Wisdom Tree Emergin Debt Fund | A | Interest | J | T | Buy | 03/15/11 | J | | |
| 28. Merchants Bank Account | A | Interest | L | T | | | | | |
| 29. Brattleboro Country Club Bond | A | Interest | | | Redeemed | 06/12/11 | J | | |
| 30. Brattleboro Tennis Club, VT Stock | | None | J | W | | | | | |
| 31. Ocean Reef Yacht Club Timeshare | | None | | | Donated | | | | |
| 32. [        ] Limited Partnership #4 | G | Int./Div. | P2 | T | | | | | |
| 33. - American Electric Power Stock | | | | | Buy | 03/11/11 | K | | |
| 34. - Apple Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - AT&T Stock | | | | | | | | | |
| 36. - Avon Prod. Stock | | | | | Sold | 08/11/11 | K | | |
| 37. - BA Diversified Real Est Fund | | | | | | | | | |
| 38. - Caterpillar Stock | | | | | | | | | |
| 39. - Coca Cola Stock | | | | | | | | | |
| 40. - Columbia Acorn Int'l Fund | | | | | | | | | |
| 41. - Columbia CT Bond Fund | | | | | Sold | 03/28/11 | N | D | |
| 42. - Columbia CT Muni Bd Fund | | | | | Sold | 05/02/11 | N | D | |
| 43. - Columbia Div. Inc. Fund | | | | | | | | | |
| 44. - Columbia Mid Cap Fd | | | | | | | | | |
| 45. - Columbia Small Cap Fd | | | | | | | | | |
| 46. - Conn St GO Bds | | | | | | | | | |
| 47. - Conn St Health Bds | | | | | Buy | 06/22/11 | L | | |
| 48. - Conn St Tax Oblig Bds | | | | | | | | | |
| 49. - CSX Corp. Stock | | | | | | | | | |
| 50. - Disney Stock | | | | | | | | | |
| 51. - Dreyfus Tax Exempt Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - East Htfd Ct Bds | | | | | Buy | 07/01/11 | M | | |
| 53.   - Easton Ct Bds | | | | | Buy | 06/01/11 | M | | |
| 54.   - Exxon Mobil Stock | | | | | | | | | |
| 55.   - Federated Secs Instl Shs | | | | | Sold | 11/18/11 | M | A | |
| 56.   - Nextera Energy Stock | | | | | | | | | |
| 57.   - Franklin Res | | | | | | | | | |
| 58.   - General Electric Bond | | | | | Buy | 09/21/11 | K | | |
| 59.   - Genzyme Stock | | | | | Sold | 06/03/11 | M | G | |
| 60.   - Griswold Ct Bond | | | | | Buy | 04/11/11 | L | | |
| 61.   - Grosvenor Reg Multi-Strategy Fund | | | | | Sold | 02/04/11 | N | F | |
| 62.   - Harbor Int'l Fund | | | | | | | | | |
| 63.   - Hewlett Packard Stock | | | | | Sold | 12/12/11 | M | | |
| 64.   - Hewlett Packard Bds | | | | | Buy | 10/26/11 | L | | |
| 65.   - iShares Inc. MSCI Austral. Index Fund | | | | | | | | | |
| 66.   - iShares Inc. MSCI Brazil Index Fund | | | | | | | | | |
| 67.   - iShares Inc. MSCI CDA Index Fund | | | | | | | | | |
| 68.   - iShares Inc. MSCI Singapore Index Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - iShares S&P Natl Amt-Free Bd Fund | | | | | Sold | 02/25/11 | K | | |
| 70. - Johnson & Johnson Stock | | | | | | | | | |
| 71. - McDonald's Stock | | | | | | | | | |
| 72. - MFS Ser Int'l Fund | | | | | | | | | |
| 73. - MFS Ser Tr I Resh Int'l Fund | | | | | | | | | |
| 74. - Microsoft Stock | | | | | | | | | |
| 75. - Minneapolis Sch Dist Bds | | | | | | | | | |
| 76. - Morgan J.P. Chase Stock | | | | | | | | | |
| 77. - Morgan J.P. Chase Bds | | | | | Buy | 11/22/11 | L | | |
| 78. - Municipal Assist Corp GO Bds | | | | | | | | | |
| 79. - Omaha Neb Rev Ref Bds | | | | | | | | | |
| 80. - Pasadena Tx Rev Ref Bds | | | | | | | | | |
| 81. - Peters Sch Dist Wash Ref Bds | | | | | | | | | |
| 82. - PIMCO Commod Real Return Fund | | | | | Sold | 12/08/11 | M | | |
| 83. - Procter & Gamble Stock | | | | | | | | | |
| 84. - Regional Sch Dist Conn. Bond | | | | | Buy | 04/15/11 | L | | |
| 85. - Royal Dutch Shell Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Sanofi Stock | | | | | Buy | 06/03/11 | J | | |
| 87. - Shelton Ct Bds | | | | | Buy | 08/02/11 | L | | |
| 88. - Southington Ct Bonds | | | | | Buy | 06/03/11 | M | | |
| 89. - Staples Stock | | | | | Sold | 04/15/11 | M | E | |
| 90. -S/W Ill Dev Auth Bds | | | | | | | | | |
| 91. - Teva Pharmaceutical Stock | | | | | | | | | |
| 92. - United Technologies Stock | | | | | | | | | |
| 93. - Vanguard Int'l Fund | | | | | | | | | |
| 94. - Vanguard REIT | | | | | Buy | 03/18/11 | M | | |
| 95. - Vanguard Short Term Bds | | | | | Buy | 11/01/11 | N | | |
| 96. - Verizon Bds | | | | | Buy | 11/22/11 | L | | |
| 97. Trust Company of VT - IRA | C | Div. & Int. | M | T | | | | | |
| 98. - 3M Stock | | | | | | | | | |
| 99. - Abbott Labs Stock | | | | | | | | | |
| 100. - Accenture Ltd. Stock | | | | | | | | | |
| 101. - Apache Corp. Stock | | | | | | | | | |
| 102. - Apple Stock | | | | | Buy | 08/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Automatic Data Processing Stock | | | | | Sold | 08/16/11 | J | A | |
| 104. - Applied Materials Stock | | | | | Buy | 02/16/11 | J | | |
| 105. - Bank of America Stock | | | | | | | | | |
| 106. - Bemis Stock | | | | | | | | | |
| 107. - Citigroup Stock | | | | | | | | | |
| 108. - Colgage Palmolive Stock | | | | | | | | | |
| 109. - Conoco Phillips Stock | | | | | | | | | |
| 110. - EM Stock | | | | | Buy | 08/16/11 | J | | |
| 111. - Emerson Electric Stock | | | | | | | | | |
| 112. - Franklin Res. Stock | | | | | | | | | |
| 113. - HCP Stock | | | | | | | | | |
| 114. - Illinois Tool Wks Stock | | | | | | | | | |
| 115. - iShare MSCI Fund | | | | | Sold | 08/16/11 | J | | |
| 116. - iShare Midcap Fund | | | | | | | | | |
| 117. - iShare Small Cap Fund | | | | | Sold | 08/16/11 | J | | |
| 118. - Johnson & Johnson Stock | | | | | | | | | |
| 119. - Kimco Realty Stock | | | | | Sold | 02/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Lowes Co. Stock | | | | | Sold | 08/16/11 | J | | |
| 121.  - Matthews Asian Fund | | | | | | | | | |
| 122.  - Matthews China Fund | | | | | | | | | |
| 123.  - Maxim Integrated Prods. Stock | | | | | | | | | |
| 124.  - McDonald's Stock | | | | | Buy | 08/16/11 | J | | |
| 125.  - Microsoft Corp. | | | | | Sold | 08/16/11 | J | A | |
| 126.  - Nextera Energy Stock | | | | | | | | | |
| 127.  - Nokia Stock | | | | | | | | | |
| 128.  - Northern Trust Gov't Select Fund | | | | | | | | | |
| 129.  - Novartis Stock | | | | | | | | | |
| 130.  - Omnicom Group Stock | | | | | | | | | |
| 131.  - Pepsico, Inc. Stock | | | | | | | | | |
| 132.  - PIMCO Emerging Bond Fund | | | | | Buy | 02/16/11 | J | | |
| 133.  - PIMCO Emerging Mkt Debt Fund | | | | | Buy | 02/16/11 | J | | |
| 134.  - PIMCO Short Term Inst'l Fund | | | | | | | | | |
| 135.  - Procter & Gamble Stock | | | | | | | | | |
| 136.  - Royal Dutch Shell Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.   - Sanofi Aventis Stock | | | | | | | | | |
| 138.   - Southern Stock | | | | | Buy | 02/16/11 | J | | |
| 139.   - Spectra Energy Stock | | | | | | | | | |
| 140.   - Stryker Corp. Stock | | | | | | | | | |
| 141.   - Target Corp. Stock | | | | | | | | | |
| 142.   - United Technologies Stock | | | | | | | | | |
| 143.   - US Bancorp Stock | | | | | | | | | |
| 144.   - US Tips Bond | | | | | | | | | |
| 145.   - Vanguard Emerging Mkts Stock | | | | | | | | | |
| 146.   - Wells Fargo Stock | | | | | | | | | |
| 147.   - Wisdom Tree Emerging Debt Fund | | | | | Buy | 08/16/11 | J | | |
| 148.   - Winsdome Tree Emerging Markets Fund | | | | | Buy | 02/16/11 | J | | |
| 149.   Trust #2 | E | Div. & Int. | O | T | | | | | |
| 150.   - Coca Cola | | | | | Sold | 9/29/11 | K | A | |
| 151.   - Columbia Acorn Fund Class Z | | | | | Sold | 9/29/11 | L | | |
| 152.   - Columbia Dividend Income Fund | | | | | Sold | 9/29/11 | N | | |
| 153.   - Columbia Large Cap Growth Fund | | | | | Sold | 09/29/11 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Conn St Spl Tax OB/IG Bond | | | | | Sold | 9/29/11 | L | | |
| 155. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |
| 156. - Federated Adj Rate Secs Bond | | | | | Sold | 04/21/11 | N | A | |
| 157. - iShares S&P Pfd Stk Index Fund | | | | | Sold | 09/29/11 | L | | |
| 158. - JP Morgan Chase Dep Shs | | | | | Sold | 09/29/11 | K | A | |
| 159. - Kaman Stock | | | | | Sold | 03/16/11 | M | G | |
| 160. - MFS Ser Int'l Fund | | | | | Sold | 04/21/11 | K | C | |
| 161. - Milford Conn Bond | | | | | Sold | 09/29/11 | K | | |
| 162. - PIMCO Comm Real Return fund | | | | | Sold | 9/29/11 | L | | |
| 163. - Reg'l Sch Dist #5 Conn Bond | | | | | Sold | 9/29/11 | K | | |
| 164. - Reg'l Sch Dist #14 Conn Bond | | | | | Sold | 9/29/11 | K | | |
| 165. - Reg'l Sch Dist #16 Conn Bond | | | | | Sold | 9/29/11 | K | | |
| 166. - Sherman Conn Bond | | | | | Sold | 9/29/11 | K | | |
| 167. - Teva Pharmaceutical Fund | | | | | Sold | 9/29/11 | L | C | |
| 168. - Torrington Conn Bond | | | | | Sold | 9/29/11 | K | | |
| 169. - U.S. Bancorp Sr Mtn Bond | | | | | Sold | 9/29/11 | K | A | |
| 170. - Vanguard REIT ETF Fund | | | | | Sold | 9/29/11 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Woodstock, CT Bond | | | | | Sold | 9/29/11 | K | | |
| 172. Merrill Lynch IRA | C | Div. & Int. | M | T | | | | | |
| 173. - Blackrock Global Fund | | | | | Sold | 04/28/11 | J | | |
| 174. - DWA Tech Leaders Fund | | | | | Buy | 04/15/11 | J | | |
| 175. - Fiduciary/Clay MLP Opp Fund | | | | | Sold | 02/17/11 | J | | |
| 176. - First Tr Consumer Discrt Fund | | | | | | | | | |
| 177. - First Tr Exchg Traded Fund | | | | | | | | | |
| 178. - First Tr Financials Fund | | | | | Sold | 04/07/11 | J | | |
| 179. - First Tr Materials Fund | | | | | Sold | 12/16/11 | J | | |
| 180. - First Tr Mid Cap Core Fund | | | | | | | | | |
| 181. - First Tr Nasdaq Fund | | | | | Sold | 12/06/11 | J | | |
| 182. - First TR S&P REIT Fund | | | | | Buy | 07/22/11 | J | | |
| 183. - First Tr SR Fl II Fund | | | | | | | | | |
| 184. - Franklin Strategic Fund | | | | | | | | | |
| 185. - Hartford Cap Apprec. Fund | | | | | Sold | 04/01/11 | J | | |
| 186. - Hartford Floating Rate Fund | | | | | | | | | |
| 187. - iShares Cohen & Steers Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - iShares Gold TR | | | | | Buy | 11/17/11 | J | | |
| 189.  - iShares MSCI CDA Index Fund | | | | | Sold | 07/01/11 | J | | |
| 190.  - iShares MSCI Indonesia Fund | | | | | Buy | 08/30/11 | J | | |
| 191.  - iShares MSCI Mexico Free Fund | | | | | Sold | 07/21/11 | J | | |
| 192.  - iShares MSCI Thailand Fund | | | | | | | | | |
| 193.  - iShares MSCI Turkey Fund | | | | | Sold | 2/14/11 | J | | |
| 194.  - iShares S&P Latin America Fund | | | | | Sold | 02/08/11 | J | | |
| 195.  - iShares Silver TR | | | | | Sold | 7/21/11 | J | | |
| 196.  - iShares TR Fund | | | | | | | | | |
| 197.  - iShares Transportation Fund | | | | | Buy | 10/14/11 | J | | |
| 198.  - iShares Trust Dow Fund | | | | | Buy | 06/07/11 | J | | |
| 199.  - Ivy Asset Strategy Fund | | | | | Sold | 02/25/11 | J | | |
| 200.  - JPM Chase Cap XVI Stock | | | | | | | | | |
| 201.  - Kayne Anderson MLP Fund | | | | | Sold | 07/07/11 | J | | |
| 202.  - Mainstay High Yield Fund | | | | | | | | | |
| 203.  - Market Vectors ETF Fund | | | | | Sold | 01/27/11 | J | | |
| 204.  - Morgan Stanley Cap TR IV Stock | | | | | Sold | 12/16/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - PIMCO Emerg Mkts Bd Fund | | | | | | | | | |
| 206.  - PowerShares Exchange Fund | | | | | Buy | 05/24/11 | J | | |
| 207.  - PowerShares DWA Emerg Mkt Fund | | | | | Sold | 11/25/11 | J | | |
| 208.  - PowerShares S&P SC Energy Fund | | | | | Sold | 10/07/11 | J | | |
| 209.  - Principal Midcap Fund | | | | | Buy | 08/12/11 | J | | |
| 210.  - Rydex ETF TR Index Fund | | | | | | | | | |
| 211.  - Rydex ETF TR Fund | | | | | | | | | |
| 212.  - Sector SPDR Utilities Fund | | | | | Buy | 10/13/11 | J | | |
| 213.  - SPDR Gold Trust | | | | | Sold | 04/05/11 | J | | |
| 214.  - SPDR Pharmaceuticals Fund | | | | | Buy | 08/25/11 | J | | |
| 215.  - SPDR Oil Gas Fund | | | | | Buy | 08/26/11 | J | | |
| 216.  - SunAmerica Strategic Fund | | | | | | | | | |
| 217.  - Vanguard Total Fund | | | | | | | | | |
| 218.  - Wells Fargo Cap | | | | | | | | | |
| 219. Trust #1 Income Beneficiary | D | Distribution | M | T | | | | | |
| 220. Trust #3 (X) Income Beneficiary | D | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/24/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Garvan Murtha**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544